UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

HALI JOHNSON, as Personal Representative
of the ESTATE OF DANNY LEON HICKS, Deceased,

    Plaintiff

v.                                                 CASE NO.:  2:23-cv-00111-JRS-MG

VIGO COUNTY AND THE VIGO COUNTY
BOARD OF COMMISSIONERS,
JOHN PLASSE, Individually and in his
official capacity as Sheriff of Vigo County,
CHARLEY FUNK, Individually and in his
official capacity as Captain of the Vigo County Jail,
and JOHN and JANE DOES 1-10, Individually,
QUALITY CORRECTIONAL
CARE ("QCC"), and QCC employee POLLY
DECKER, Individually,

    Defendants

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The parties' Stipulation of Partial Dismissal dismissing Defendants Vigo County, the Vigo County Board of Commissioners, and John Plasse in his Individual Capacity with prejudice having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in the Plaintiff's Complaint against Vigo County, the Vigo County Board of Commissioners, and John Plasse in his Individual Capacty in this cause have been fully resolved, the Court now APPROVES the parties' Stipulation of Partial Dismissal, and,

IT IS HEREBY ORDERED by the Court that Defendants Vigo County, the Vigo County Board of Commissioners, and John Plasse in his Individual Capacity are hereby dismissed from this cause of action with prejudice, the parties to pay their own costs, expenses and attorney fees

as it relates to those Defendants.  The parties' Stipulation of Partial Dismissal does not affect the Plaintiff's claims against the other Vigo County Defendants, specifically John Plasse, in his Official Capacity and Charley Funk, Individually and in his Official Capacity, and the Plaintiff's claims against Quality Correctional Care and QCC Employee Polly Decker and those claims remain pending before the Court.

     SO ORDERED.

Date: 3/19/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

TENDERED BY:
R. Jeffrey Lowe, Atty. No. 21508-22
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, Indiana 47150
(812) 949-2300

Distribution:

Gregory L. Laker
Andrea R. Simmons
Laurel R. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
glaker@cohenandmalad.com
asimmons@cohenandmalad.com
lgilchrist@cohenandmalad.com

Brian M. Pierce
P.O. Box 1411
Muncie, Indiana 47308
brian@brianpiercelaw.com
brian.pierce@qualitycorrectional.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP

Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150
jlowe@k-glaw.com

234157/64450594-1