UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HALI JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00111-JRS-MG |
| CHARLIE FUNK, et al., | ) ) ) |
| Defendants. | ) |

### Order

The stipulation of dismissal filed by Plaintiff and the Vigo County Defendants, dkt. [125], is **acknowledged**. All claims against the Vigo County Defendants are dismissed with prejudice. The **clerk shall terminate** Charlie Funk as a defendant. The claims against Quality Correctional Care and Polly Decker remain.

**IT IS SO ORDERED.**

Date: 11/9/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel